**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| MFF DCK, LLC | § | |
| | § | Case No. 17-40850 |
| Debtor. | § | |
| | § | |
| | § | |
| | § | |

## DEBTOR'S SUBMISSION OF SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

MFF DCK, LLC, debtor herein, hereby submits its Schedules of Assets and

Liabilities and Statement of Financial Affairs.

Dated:  March 17, 2017

Respectfully submitted,

/ Michael D. Warner
Michael D. Warner, Esq. (TX Bar No. 00792304)
Benjamin L. Wallen, Esq. (TX Bar No. 4102623)
COLE SCHOTZ P.C.
301 Commerce Street, Suite 1700
Fort Worth, Texas  76102
817-810-5250 Telephone
817-810-5255 Facsimile
Email:   mwarner@coleschotz.com
Email:   bwallen@coleschotz.com


*Attorneys for Debtor*

**Fill in this information to identify the case:**

Debtor name **MFF DCK, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **17-40850-rfn7**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:  Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................ $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................. $ ___100,000.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................ $ ___100,000.00

---

**Part 2:  Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ ____3,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................ $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ __1,941,296.00

4. **Total liabilities**
   Lines 2 + 3a + 3b                                                                                              $ __1,944,296.00

**Fill in this information to identify the case:**

Debtor name   **MFF DCK, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **17-40850-rfn7**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?  See Attachment 1**

☐ No.  Go to Part 2.
☐ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number

3.1. _____        _____        _____

4.   **Other cash equivalents** *(Identify all)*  **See Attachment 1**

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

Unknown

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?  See Attachment 1**

☐ No.  Go to Part 3.
☐ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **See Attachment 1**                                Unknown

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment  **See Attachment 1**

9.   **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

Unknown

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?  See Attachment 1**

| Debtor | **MFF DCK, LLC** | Case number *(If known)* **17-40850-rfn7** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 4.  **See Attachment 1**
☐ Yes Fill in the information below.

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5. See Attachment 1
☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.  **See Attachment 1**
☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?  See Attachment 1**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.  **See Attachment 1**

**Part 8:**     **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.  **N/A**
☐ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | **None** | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | **None** | | |
| 49. | **Aircraft and accessories** | **None** | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)<br>Estimated value; valuation currently in<br>progress** | | | **$100,000.00** |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | **$100,000.00** |
|---|---|---|

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

Debtor    **MFF DCK, LLC**                                    Case number (If known) **17-40850-rfn7**
          _____
          Name

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.  **See Attachment 1 and Attachment 2 (landlords/counterparties to store leases)**

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| **None** | | $0.00 | | $0.00 |

56.    **Total of Part 9.**                                                                          | $0.00 |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☑ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?  See Attachment 1**

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form? See Attachment 1**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **MFF DCK, LLC**                                         Case number *(if known)*  **17-40850-rfn7**
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $100,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $100,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $100,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**MFF DCK, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number (if known) __**17-40850-rfn7**__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1 American Farm Bureau Federation**
Creditor's Name

**600 Maryland Ave. SW Suite 1000W Washington, DC 20024**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
_____

Describe the lien
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**    Column B: **Unknown**

**2.2 Ryder Transportation Services**
Creditor's Name

**P.O. Box 96723 Chicago, IL 60693-6723**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
_____

Describe the lien
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$3,000.00**    Column B: **Unknown**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **MFF DCK, LLC**

Name

Case number (if know)    **17-40850-rfn7**

�true No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $3,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

| Fill in this information to identify the case: |
|---|

Debtor name **MFF DCK, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **17-40850-rfn7**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,001.00** |
| **Admiral Linen** | ☐ Contingent | |
| **2030 Kipling** | ☐ Unliquidated | |
| **Houston, TX 77098** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$142.00** |
| **Airgas USA, LLC.** | ☐ Contingent | |
| **P.O. Box 602792** | ☐ Unliquidated | |
| **Charlotte, NC 28260-2792** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.3** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109,578.00** |
| **Amerisource** | ☐ Contingent | |
| **P.O. Box 4738** | ☐ Unliquidated | |
| **c/o BaronHR, LLC.** | ☐ Disputed | |
| **Houston, TX 77210-4738** | | |
| Date(s) debt was incurred _ | Basis for the claim: **Temporary labor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.4** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Aramark - Four Oaks Place** | ☐ Contingent | |
| **1330 Post Oak Place** | ☐ Unliquidated | |
| **Houston, TX 77056** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **MFF DCK, LLC** | Case number (if known) | **17-40850-rfn7** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aramark - Lennox International**
2140 Lake Park Blvd
Richardson, TX 75080

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Atmos**
PO BOX 790311
Saint Louis, MO 63179-0311

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109,504.00 |
|---|---|---|---|

**Berlin Packaging  LLC**
P.O. Box 95584
Chicago, IL 60694-5584

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Packaging

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,078.00 |
|---|---|---|---|

**Caddell Electric**
3730 Dilido Rd. Ste #210
Dallas, TX 75228

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,791.00 |
|---|---|---|---|

**Chandler's Air Conditioning & Refrigerat**
1702 W. Fifth St
Santa Ana, CA 92703

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Repairs and maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,846.00 |
|---|---|---|---|

**Connell Chevrolet**
2828 Harbor Blvd.
Costa Mesa, CA 92626

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,822.00 |
|---|---|---|---|

**Cozzini Brothers**
350 Howard Ave.
Des Plaines, IL 60018-8000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MFF DCK, LLC** | | Case number (if known) | **17-40850-rfn7** |
|--------|------------------|--|------------------------|-------------------|
| | Name | | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,235.00**

**D Commercial Refrigeration**
PO Box 7124
Fort Worth, TX 76111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$747.00**

**Dal-Worth Industries, Inc.**
P.O. Box 5504
Arlington, TX 76005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$272.00**

**DataSpan Holdings, Inc.**
P.O. Box 845507
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$118,097.00**

**Deen Wholesale Meat Co.**
813 E. Northside Dr.
Fort Worth, TX 76102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Goods sold_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,601.00**

**ECOLAB Institutional**
P.O. Box 70343
Chicago, IL 60673-0343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Cleaning supplies_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**EcoSure**
26397 Network Place
Chicago, IL 60673-1263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,591.00**

**Element Financial Corp.**
P.O. Box 100363
Atlanta, GA 30384-0363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Gas cards for drivers_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MFF DCK, LLC** | | Case number (if known) | **17-40850-rfn7** |
|--------|------------------|--|------------------------|-------------------|
| | Name | | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,828.00 |
|------|--|--|--|

**EPIC Provision, LLC.**
1902 S. Congress Ave. Ste. #D
Austin, TX 78704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods sold**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,361.00 |
|------|--|--|--|

**Family Tree Produce**
5510 East La Palma Ave.
Anaheim, CA 92807-2108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Produce**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,381.00 |
|------|--|--|--|

**Fiesta Tortillas**
P.O. Box 17563
Austin, TX 78760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods sold**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,129.00 |
|------|--|--|--|

**Food Safety Net Services**
P.O. Box 678642
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--|--|--|

**Fullenweider Wilhite PC**
4265 San Felipe Street
Houston, TX 77027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81,074.00 |
|------|--|--|--|

**G&K - Dallas**
PO Box 842385
Boston, MA 02284-2385

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Linens/Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,984.00 |
|------|--|--|--|

**G&K - Los Angeles**
PO Box 842385
Boston, MA 02284-2385

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplies/Linens**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MFF DCK, LLC** | Case number (if known) | **17-40850-rfn7** |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Garden Fresh Restaurant Corp dba Souplan**
15822 Bernardo Center Dr. Ste. #A
San Diego, CA 92127

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,684.00 |
|---|---|---|---|

**Grainger**
DEPT: 881335079
PO BOX 419267
Kansas City, MO 64141-6267

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplies

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $757.00 |
|---|---|---|---|

**Grapevine Ford**
801 E. Hwy 114
Grapevine, TX 76051

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hardie's Fruit & Vegetable Co - Dallas**
PO Box 671554
Dallas, TX 75267-1554

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hardie's Fruit & Vegetable Co.**
c/o McCarron & Diess
Attn:  Kate Ellis
4530 Wisconsin Avenue NW, Suite 301
Washington, DC 20016

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Good sold ($232,808.77) - total claim is aggregated between MFF DCK USA, LLC, and affiliated debtors, My Fit Foods USA, LLC, My Fit Foods, LLC, My Fit Foods California, LLC, and Fit Dog, LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hardie's Fruit & Vegetable Co., LP**
c/o Sherman & Yaquinto
509 N. Montclair Ave.
Dallas, TX 75208

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,327.00 |
|---|---|---|---|

**Hygiena, LLC.**
941 Avenida Acaso
Camarillo, CA 93012

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplies

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **MFF DCK, LLC** | Case number (if known) | **17-40850-rfn7** |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Imperial, LLC**
2020 North Mingo
Tulsa, OK 74116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,474.00 |
|---|---|---|---|

**Infinite Packaging Group**
P.O. Box 472
Catoosa, OK 74015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Packaging

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,467.00 |
|---|---|---|---|

**Interactions**
9555 Chesapeake Dr. Ste #100
Los Angeles, CA 90189-4511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,660.00 |
|---|---|---|---|

**Kitchen Equipment Solutions**
1915 Westridge Dr.
Irving, TX 75038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Repair services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Las Colinas Co.**
600 S. Jefferson St. #M
Placentia, CA 92870

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193.00 |
|---|---|---|---|

**Lawton Commercial Services, L.P.**
1444 N. Central Expressway
McKinney, TX 75070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $815.00 |
|---|---|---|---|

**Liquid Environmental Solutions**
P.O. Box 203371
Dallas, TX 75320-3371

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **MFF DCK, LLC** | Case number (if known) | **17-40850-rfn7** |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,135.00 |
|---|---|---|---|

**Logic-Track Systems**
2435 N. Central Expy. Ste. #1200
Richardson, TX 75080

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,587.00 |
|---|---|---|---|

**Louisiana Foods**
10310 Greens Crossing Blvd.
Houston, TX 77038

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Raw materials

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157,273.00 |
|---|---|---|---|

**Luxor Staffing**
1430 Valwood Pkwy. Ste #120
Carrollton, TX 75006

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Labor staffing

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151,219.00 |
|---|---|---|---|

**LVC, Inc.**
1647 W. Dion Dr.
Phoenix, AZ 85086

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Packaging

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,275.00 |
|---|---|---|---|

**Midwest Foods**
3100 W. 36th St.
Chicago, IL 60632

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Produce

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,779.00 |
|---|---|---|---|

**Mile High Food Science, LLC.**
1191 Nuclea Street
Aurora, CO 80011

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**My Fit Foods Payroll, LLC**
PO Box 61027
Potomac, MD 20859

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Intercompany payable

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MFF DCK, LLC** | Case number (if known) | **17-40850-rfn7** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**My Fit Foods USA, LLC**
PO Box 61027
Potomac, MD 20859

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Intercompany payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**My Fit Foods, LLC**
PO Box 61027
Potomac, MD 20859

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Intercompany payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,195.00** |

**National L.S. Inc.**
P.O. Box 840352
Houston, TX 77284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **HEB Lumper**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,264.00** |

**Nicol Scales, L.P.**
P.O. Box 222288
Dallas, TX 75222-2288

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$578.00** |

**Nitel, Inc.**
Lockbox Dept 4929
Carol Stream, IL 60122-4629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$345.00** |

**Occumed Plus - Grand Prairie**
P.O. Box 462052
Garland, TX 75046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$143.00** |

**Office Depot**
P.O. Box 630813
Cincinnati, OH 45263-0813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MFF DCK, LLC** | Case number (if known) | **17-40850-rfn7** |
|---|---|---|---|
| | Name | | |

**3.54** | Nonpriority creditor's name and mailing address

**PCM Business Direct**
**File #55327**
**Los Angeles, CA 90074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$354.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address

**PV Roadrunner,LLC.**
**12425 N. Cave Creek Rd.**
**Phoenix, AZ 85022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$4,124.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Packaging**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address

**Ready Refresh**
**P.O. Box 856158**
**Louisville, KY 40285**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$85.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address

**Reliable Refrigeration Services, Inc.**
**913 E. Juanita Ave. Ste. #1**
**Mesa, AZ 85204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$2,664.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address

**Resource Employment Solutions**
**5900 Lake Ellenor Dr. Ste. #100**
**Orlando, FL 32809**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$95,671.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Temporary labor [lawsuit? does this need to go on SOFA #22?] Please provide additional info.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address

**Ricoh USA, Inc.**
**P.O. Box 660342**
**Dallas, TX 75266-0342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address

**S3 Sanitation Cleaning, LLC.**
**12700 Hillcrest Rd. Ste#230**
**Dallas, TX 75230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$29,314.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cleaning services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MFF DCK, LLC** | | Case number (if known) | **17-40850-rfn7** |
|--------|------------------|--|------------------------|-------------------|
|        | Name             |  |                        |                   |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,571.00

**Santa Monica Seafood Company**
18531 S. Broadwick St.
Compton, CA 90220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Seafood sold**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,757.00

**SCG River Park Business Center, L.P.**
P.O. Box 847551
Dallas, TX 75284-7551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,908.00

**SCL Cold Chain**
P.O. Box 2630
Grapevine, TX 76099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Delivery services**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,633.00

**SLM Waste & Recycling Services, Inc.**
5000 Commerce Dr
Green Lane, PA 18054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Dumpsters**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $724.00

**Speedpro Imaging**
2553 E. Loop 820 N
Fort Worth, TX 76118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,727.00

**Staples Advantage**
Dept. DAL
P.O. Box 83689
Chicago, IL 60696

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Office supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,608.00

**Stern Produce Co., Inc.**
3200 S. 7th St.
Phoenix, AZ 85040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Produce**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MFF DCK, LLC** | Case number (if known) | **17-40850-rfn7** |
|---|---|---|---|
| | Name | | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,741.00 |
|---|---|---|---|

**SunRich Foods International Corp.**
**1240 N. Barsten Way**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods sold**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,480.00 |
|---|---|---|---|

**SYSCO - Arizona (049)**
**1390 Enclave Pkwy**
**Sysco Corporation ATTN: Doug Walker**
**Houston, TX 77077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,671.00 |
|---|---|---|---|

**Sysco - Chicago (024)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,401.00 |
|---|---|---|---|

**SYSCO - Dallas (006)**
**1390 Enclave Pkwy**
**Sysco Corporation ATTN: Doug Walker**
**Houston, TX 77077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Raw materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.00 |
|---|---|---|---|

**SYSCO - Los Angeles (045)**
**1390 Enclave Pkwy**
**Sysco Corporation ATTN: Doug Walker**
**Houston, TX 77077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,261.00 |
|---|---|---|---|

**Terra Spice Company**
**PO Box 3556**
**South Bend, IN 46619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $456,251.00 |
|---|---|---|---|

**The Boelter Companies, Inc.**
**N22 W23685 Ridgeview Pkwy W**
**Waukesha, WI 53188-1013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Packaging and supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MFF DCK, LLC** | Case number (if known) | **17-40850-rfn7** |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $514.00 |
|---|---|---|---|

**Toyota Industries Commercial Finance, In**
Dept 2431
Carol Stream, IL 60132-2431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,958.00 |
|---|---|---|---|

**ULINE**
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Office/kitchen supplies

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84,887.00 |
|---|---|---|---|

**UNFI**
P.O. Box  742930
Los Angeles, CA 90074-2930

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Raw materials

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,504.00 |
|---|---|---|---|

**UNFI - Chicago**
P.O. Box 706
Keene, NH 03431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,789.00 |
|---|---|---|---|

**United Service Technologies  Inc.**
21801 Cactus Ave. Ste. A
Riverside, CA 92508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**USDA - Food Safety & Inspection Svc**
US Bank - FSIS Lockbox
P.O. Box 979001
Saint Louis, MO 63197-9001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,828.00 |
|---|---|---|---|

**Victory Packaging**
P.O. Box 844138
Dallas, TX 75284-4138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Packaging

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MFF DCK, LLC** | Case number (if known) | **17-40850-rfn7** |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,099.00** |
|---|---|---|---|

**VideoJet Technologies, Inc.**
12113 Collection Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Machinery**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |
|---|---|---|---|

**Weather Masters, Inc.**
155 East Broadway
Mesa, AZ 85210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$264.00** |
|---|---|---|---|

**Wells Fargo Vendor**
P.O. Box 650016
Dallas, TX 75265-0016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,941,296.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,941,296.00 |

**Fill in this information to identify the case:**

Debtor name     **MFF DCK, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **17-40850-rfn7**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).  **See below.**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | See Attachment 1 | See Attachment 1 and Attachment 2 (landlords/ counterparties to the various store leases) | |
|---|---|---|---|---|
| | State the term remaining | | | |
| | List the contract number of any government contract | | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | | |
|---|---|---|---|---|
| | State the term remaining | | | |
| | List the contract number of any government contract | | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | | |
|---|---|---|---|---|
| | State the term remaining | | | |
| | List the contract number of any government contract | | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | | |
|---|---|---|---|---|
| | State the term remaining | | | |
| | List the contract number of any government contract | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **MFF DCK, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) **17-40850-rfn7**

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

Column 1: **Codebtor**                                   Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Fit Dog, LLC | PO Box 61027<br>Potomac, MD 20859 | Hardie's Fruit &<br>Vegetable Co. | ☐ D ____<br>☑ E/F __3.30__<br>☐ G ____ |
| 2.2 | My Fit Foods<br>California, LLC | PO Box 61027<br>Potomac, MD 20859 | Hardie's Fruit &<br>Vegetable Co. | ☐ D ____<br>☑ E/F __3.30__<br>☐ G ____ |
| 2.3 | My Fit Foods<br>USA, LLC | PO Box 61027<br>Potomac, MD 20859 | Hardie's Fruit &<br>Vegetable Co. | ☐ D ____<br>☑ E/F __3.30__<br>☐ G ____ |
| 2.4 | My Fit Foods,<br>LLC | PO Box 61027<br>Potomac, MD 20859 | Hardie's Fruit &<br>Vegetable Co. | ☐ D ____<br>☑ E/F __3.30__<br>☐ G ____ |
| 2.5 | Various Debtor<br>Affiliates | See Attachment 1 | Various Landlords/<br>Counterparties<br>See Attachment 2 | ☐ D ____<br>☑ E/F ____<br>☑ G ____ |

Fill in this information to identify the case:

Debtor name    **MFF DCK, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **17-40850-rfn7**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
■ Schedule H: Codebtors (Official Form 206H)
■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March **17**, 2017          X _____
                                          Signature of individual signing on behalf of debtor

**Daryl Ribeiro**
Printed name

**Chief Financial Officer**
Position or relationship to debtor