IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| MFF DCK, LLC | § | |
| | § | Case No. 17-40850 |
| Debtor. | § | |
| | § | |
| | § | |

## DEBTOR'S SUBMISSION OF SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

MFF DCK, LLC, debtor herein, hereby submits its Schedules of Assets and Liabilities and Statement of Financial Affairs.

Dated: March 17, 2017

Respectfully submitted,

*/ Michael D. Warner*
Michael D. Warner, Esq. (TX Bar No. 00792304)
Benjamin L. Wallen, Esq. (TX Bar No. 4102623)
COLE SCHOTZ P.C.
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
817-810-5250 Telephone
817-810-5255 Facsimile
Email: mwarner@coleschotz.com
Email: bwallen@coleschotz.com

*Attorneys for Debtor*

DOCS_LA:304645.1 59378/001

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | MFF DCK, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | 17-40850-rfn7 |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy　　04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:　Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ☑ Operating a business<br>☐ Other _____ | $2,117,289.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:　List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.　See Attachment 1 | | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | MFF DCK, LLC | Case number (if known) 17-40850-rfn7 |
|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1.  See Attachment 1 | | Unknown | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|
   | See Attachment 1 | | | Unknown |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|
   | See Attachment 1 | Last 4 digits of account number: ____ | | Unknown |

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | Hardie's Fruit & Vegetable Co. v. My Fit Holdings, LLC<br>3:17-CV-00460 | Money Owed | United States District Court Northern District of Texas, Dallas Division | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor **MFF DCK, LLC** _____     Case number *(if known)* **17-40850-rfn7** _____

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| See Attachment 1 | | Unknown |
| | Case title | Court name and address |
| | Case number | |
| | Date of order or assignment | |

### Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ☐ None

   | | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|---|
   | 9.1. | See Attachment 1 | | | Unknown |
   | | Recipients relationship to debtor | | | |

### Part 5: Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

    ☐ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
    |---|---|---|---|
    | See Attachment 1 | | | Unknown |

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case. **NOTE: The amounts listed below relate to the representation of MFF DCK, LLC and sixteen (16) related debtors.**

    ☐ None.

| Debtor | MFF DCK, LLC | Case number (if known) | 17-40850-rfn7 |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Cole Schotz, P.C.<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, TX 76102 | | 3/1/17 | $20,000.00 |
| | Email or website address<br>mwarner@coleschotz.com | | | |
| | Who made the payment, if not debtor?<br>Marlin Management Company, LLC | | | |
| 11.2. | Enterprise Management Advisors, LLC<br>601 S. Figueroa Street<br>Suite 4050<br>Los Angeles, CA 90017 | | 2/1/17 ($120,000);<br>2/14/16 ($95,509) | $215,509.00 |
| | Email or website address<br>dhall@ema-group.com | | | |
| | Who made the payment, if not debtor?<br>My Fit Foods, LLC | | | |
| 11.3. | Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles, CA 90067 | | 2/6/17 ($25,000 - MFF);<br>2/15/17 ($25,000 - MFF);<br>2/27/17 ($50,000 - Marlin | $100,000.00 |
| | Email or website address<br>jdulberg@pszjlaw.com | | | |
| | Who made the payment, if not debtor?<br>My Fit Foods, LLC and Marlin Managment Company | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| See Attachment 1 | | | Unknown |
| Trustee | | | |

13. **Transfers not already listed on this statement**

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page 4 |
|---|---|---|

| Debtor | **MFF DCK, LLC** | Case number *(if known)* **17-40850-rfn7** |
|---|---|---|

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | **Who received transfer? Address** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| 13.1 | See Attachment 1 | | | Unknown |
| | **Relationship to debtor** | | | |

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | **Address** | **Dates of occupancy From-To** |
|---|---|---|
| 14.1. | See Attachment 1 | |

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|---|
| 15.1. | | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** Check all that apply: ☐ Electronically ☐ Paper |

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained. **See Attachment 1**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

Debtor  **MFF DCK, LLC**  Case number *(if known)* **17-40850-rfn7**

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|
    | 18.1.  See Attachment 1 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | Unknown |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☑ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
    |---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

    | Owner's name and address | Location of the property | Describe the property | Value |
    |---|---|---|---|
    | See Attachment 1 | | | Unknown |

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

| Debtor | MFF DCK, LLC | Case number (if known) 17-40850-rfn7 |
|---|---|---|

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☑ No.
    ☐ Yes. Provide details below.

    | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|
    | | | | ☐ Pending ☐ On appeal ☐ Concluded |
    | | | | ☐ Pending ☐ On appeal ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

    | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
    |---|---|---|
    | 25.1. See Attachment 1 | | Dates business existed EIN: From-To |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor    **MFF DCK, LLC**                                          Case number *(if known)*    **17-40850-rfn7**

☐ None

**Name and address**                                                                                          Date of service
                                                                                                              From-To

26a.1.    **See Attachment 1**

---

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**Name and address**                                                                                          Date of service
                                                                                                              From-To

26b.1.    **See Attachment 1**

---

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**                                                                                          **If any books of account and records are unavailable, explain why**

26c.1.    **See Attachment 1**

---

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**
26d.1.    **See Attachment 1**

---

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?  **See Attachment 1**

☐ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daryl Ribeiro | 338 Pier Avenue<br>Hermosa Beach, CA 90254 | Chief Financial Officer | |
| My Fit Foods, LLC | PO Box 61027<br>Potomac, MD 20859 | Manager | |

| Debtor | **MFF DCK, LLC** | Case number (if known) | **17-40850-rfn7** |
|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| George Blanco | Enterprise Management Advisors, LLC<br>601 S. Figueroa St., Suite 4050<br>Los Angeles, CA 90017 | Chief Restructuring Officer | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions? See Attachment 1**

　☐ No
　☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
　Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?　See Attachment 1

　☐ No
　☐ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

　☐ No
　☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| My Fit Foods, LLC | EIN:　30-0869866 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

　☑ No
　☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

Fill in this information to identify the case:

Debtor name   MFF DCK, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   17-40850-rfn7

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 17, 2017

_/s/ Daryl Ribeiro_                                          Daryl Ribeiro
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Chief Financial Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

# ATTACHMENT 1

The debtor is unable to provide a complete response to this request at this time given a lack of access to the company books and records to support the debtor's response. All books and records of the debtor including data necessary for the debtor to complete this entry are in the possession of the chapter 7 trustee appointed in this case.

# ATTACHMENT 2

| Type | Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Landlord | 1000 Main LLC | Dept. 973 | P.O. Box 4346 | Houston | Texas | 77210-4346 |
| Landlord | 4015 Lemmon L.P. | 2100 West 7th St | | Fort Worth | Texas | 76107 |
| Landlord | 4200 Lamar Partners LTD | PO Box 660394 | | Dallas | Texas | 75266-0394 |
| Landlord | Billard Designs, Inc. | 2601 West Ln Dr Unit C | | Houston | Texas | 77027 |
| Landlord | Boyer Hanson Partners | 4940 Campus Dr. Ste#D | | Newport Beach | California | 92660 |
| Landlord | David McMahon | 6020 Westheimer Rd | | Houston | Texas | 77057 |
| Landlord | Family Properties of Chicago LLC | 1209 W. Balmoral Ave. | | Chicago | Illinois | 60640 |
| Landlord | Foothills Shopping Center LLC | 5343 North 16th St Ste 290 | | Phoenix | Arizona | 85016 |
| Landlord | Gainey Village Retail Ctr, LLC | PO Box 310300 | Property: 251510 | Des Moines | Iowa | 50331-0300 |
| Landlord | Williams Tower, LP | PO Box 952132 | | Dallas | Texas | 75395-2132 |
| Landlord | Independence Woods, LLC. | PO Box 975245 | | Dallas | Texas | 75397-5245 |
| Landlord | Jim R Smith | 1400 Post Oak Blvd Ste 650 | | Houston | Texas | 77056 |
| Landlord | Kagan Realty Investors | 8801 Knights Rd | | Houston | Texas | 77054 |
| Landlord | KAPE Property Management Co | PO Box 6474 | | Beverly Hills | California | 90212-1474 |
| Landlord | Lake Pointe Shopping Center, LP | PO Box 301679 | | Dallas | Texas | 75303-1679 |
| Landlord | Mockingbird Park LTD | 4560 Beltline Rd. Ste. #400 | | Addison | Texas | 75001 |
| Landlord | North Hills C/O Regency Centers, LP | PO Box 676473 | | Dallas | Texas | 75267-6473 |
| Landlord | PMT Partners XI Ltd. | 109 N. Post Oak Ste 550 | | Houston | Texas | 77024 |
| Landlord | CFC Transactions LLC | 7347 Solution Center | Lockbox 777347 | Chicago | Illinois | 60677-7003 |
| Landlord | RPI Management | 5333 Gulfton St | | Houston | Texas | 77081 |
| Landlord | SF/Voss LTD | Dept. 989 | P.O. Box 4346 | Houston | Texas | 77210 |
| Landlord | Shea & Tatum Associates LP | Dept 329777 20309 42562 | PO Box 73001 | Cleveland | Ohio | 44193 |
| Landlord | Revesco (USA) Properties of Highland Knolls, LLP. | 5291 E. Yale Avenue | | Denver | Colorado | 80222 |
| Landlord | Tech Ridge Center C/O Regency Centers | PO Box 677493 | | Dallas | Texas | 75267-7493 |

| Role | Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Landlord | Timber Prairie LP | PO BOX 660394 | | Dallas | Texas | 75266-0394 |
| Landlord | VPBH Associates LP | Dept. 306 | P.O. Box 4346 | Houston | Texas | 77210-4346 |
| Landlord | Weingarten Realty | PO Box 301074 | | Dallas | Texas | 75303-1074 |
| Landlord | AAT Alamo Quarry, LLC. | 11455 El Camino Real Ste#200 | | San Diego | California | 92130-2047 |
| Landlord | Brentwood Shopping Center | 11701 Wilshire Blvd #7 | | Los Angeles | California | 90025 |
| Landlord | 157 West North Ave., LLC | 2001 North Halsted St. Ste. 302 | | Chicago | Illinois | 60614 |
| Landlord | Bradford Management Company | 3100 McKinnon St. Ste. #400 | | Dallas | Texas | 75201 |
| Landlord | Spring Cypress Village, L.P. | 7904 N. Sam Houston Pkwy. 4th Floor | | Houston | Texas | 77064 |
| Landlord | Lakeside Retail, L.P., Dept. 377" | PO Box 204496 | | Dallas | Texas | 75320-4496 |
| Landlord | Acadia 639 West Diversey, LLC | PO Box 415980 | | Boston | Massachusetts | 02241-5980 |
| Landlord | Ventura Boulevard Associates, LTD. | 12616 Ventura Boulevard - 2nd Floor | | Studio City, | California | 91604 |
| Landlord | Simha Partnership | P.O. Box 15996 | | Beverly Hills | California | 90209-1996 |
| Landlord | Pacific Castle MGMT, Inc. | P.O. Box 745879 | | Los Angeles | California | 90074-5879 |
| Landlord | Prescott Interests Lovers / Inwood, LTD | 7979 Inwood Road Ste#225 | | Dallas, | Texas | 75209-3376 |
| Landlord | HEB Grocery Company, LP | Dept 919 | P.O. Box 4346 | Houston | Texas | 77210 |
| Landlord | South Memorial Development Group, LLC. | Attn: Bob Burke | 7060 South Yale Ste#900 | Tulsa | Oklahoma | 74137 |
| Landlord | Tulsa Real Estate Investment Limited, L.P. | 4428 S. Florence Ave. | | Tulsa | Oklahoma | 74105 |
| Landlord | WSG Wyndham Plaza, LTD. | PO Box 205153 | | Dallas | Texas | 75320-5153 |
| Landlord | CP/IPERS Austin Lake, LLC. | c/o Clarion Partners | P.O. Box 732568 | Dallas | Texas | 75373-2568 |
| Landlord | LC2 Realty, LLC. | 2901 Barton Skyway #1808 | | Austin | Texas | 78746 |
| Landlord | RKJR Properties, LTD | 5934 Royal Lane, Ste. #250 | | Dallas | Texas | 75230 |
| Landlord | Frisco Gate Shopping Center Dallas, TX. Limited Partnership | P.O. Box 93070 | | Rochester, | New York | 14692 |

| | | | | | |
|---|---|---|---|---|---|
| Landlord | Polo Towne Crossing Plano, TX. Limited Partnership | 9330 LBJ Fwy., Ste. #1080 | | Dallas | Texas | 75243-3445 |
| Landlord | Knight Real Estate Corp | 307 E. 2nd Street | | Austin | Texas | 78701 |
| Landlord | Edens Limited Partnership | Dept #2614 | P.O. Box 536856 | Atlanta | Georgia | 30353-6856 |
| Landlord | Clybourn Commons | C/O Regency Centers, L.P. | 1568 Solutions Center | Chicago | Illinois | 60677-1005 |
| Landlord | CH Realty VI/R Houston Wood Ridge Pad Site, L.P. | P.O. Box 4615 | MSC #900 | Houston | Texas | 77210 |
| Landlord | GRI West Woods, LLC. | P.O. Box 664001 | | Dallas | Texas | 75266-4001 |
| Landlord | MFF HB, LLC. | 1820 South Elena Ave. Ste L | | Redondo Beach | California | 90277 |
| Landlord | SCG River Park Business Center, L.P." | P.O. Box 847551 | | Dallas | Texas | 75284-7551 |
| Landlord | Garden Fresh Restaurant Corp dba Souplantation/Sweet Tomatoes | 15822 Bernardo Center Dr. Ste. #A | | San Diego | California | 92127 |